| John Doe | IP Address | HitDateUTC (MM/DD/YY) | Title | Filehash | ISP | State | City |
|---|---|---|---|---|---|---|---|
| 1 | 99.194.103.53 | 10/22/12 11:59:22 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | CenturyTel Internet Holdings | Georgia | Hinesville |
| 2 | 24.214.119.168 | 10/22/12 03:25:51 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Knology | Georgia | Grovetown |
| 3 | 69.131.208.36 | 10/23/12 11:42:43 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | TDS Telecom | Georgia | Saint Marys |
| 4 | 98.244.144.43 | 10/23/12 12:53:59 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Savannah |
| 5 | 68.47.8.247 | 10/26/12 02:03:23 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Hephzibah |
| 6 | 67.173.218.187 | 10/29/12 12:00:52 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Augusta |
| 7 | 76.29.189.65 | 10/29/12 11:17:02 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Savannah |
| 8 | 69.73.101.65 | 11/6/12 09:34:58 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Knology | Georgia | Grovetown |
| 9 | 68.51.188.234 | 11/6/12 08:49:56 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Hinesville |
| 10 | 98.244.172.230 | 11/7/12 11:33:42 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Savannah |
| 11 | 69.1.45.68 | 11/7/12 10:07:34 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Knology | Georgia | Grovetown |
| 12 | 69.73.51.192 | 11/8/12 02:53:31 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Knology | Georgia | Augusta |
| 13 | 71.229.56.248 | 11/9/12 08:54:06 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Savannah |
| 14 | 216.16.216.2 | 11/10/12 03:04:38 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Hargray Communications Group | Georgia | Pooler |
| 15 | 98.244.156.164 | 11/11/12 11:38:14 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Savannah |
| 16 | 67.174.160.79 | 11/11/12 12:35:44 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Savannah |
| 17 | 174.50.107.231 | 11/11/12 04:12:05 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Augusta |
| 18 | 68.60.221.121 | 11/12/12 11:45:00 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Savannah |
| 19 | 184.63.59.97 | 11/12/12 02:13:03 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Wildblue Communications | Georgia | Alamo |
| 20 | 68.51.131.78 | 11/12/12 01:06:43 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Pooler |
| 21 | 67.174.174.200 | 11/14/12 10:29:54 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Hinesville |
| 22 | 76.73.130.203 | 11/15/12 02:17:22 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Knology | Georgia | Augusta |
| 23 | 71.226.12.166 | 11/15/12 12:09:00 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Augusta |
| 24 | 68.51.207.145 | 11/17/12 04:26:38 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Rincon |
| 25 | 174.56.197.147 | 11/20/12 12:46:52 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Augusta |
| 26 | 69.254.77.136 | 11/21/12 07:37:05 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Savannah |
| 27 | 99.194.110.40 | 11/21/12 02:06:11 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | CenturyTel Internet Holdings | Georgia | Hinesville |
| 28 | 68.51.129.112 | 11/22/12 10:22:06 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Darien |
| 29 | 24.214.104.107 | 11/22/12 10:09:20 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Knology | Georgia | Grovetown |
| 30 | 68.51.164.166 | 11/24/12 05:10:09 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Richmond Hill |
| 31 | 76.18.255.123 | 11/25/12 04:33:08 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Brunswick |
| 32 | 68.47.6.180 | 11/25/12 03:09:38 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Evans |
| 33 | 99.194.218.28 | 11/26/12 12:21:23 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | CenturyTel Internet Holdings | Georgia | Hinesville |
| 34 | 67.187.57.86 | 11/28/12 04:55:38 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Brunswick |
| 35 | 184.60.171.163 | 11/29/12 08:41:11 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | TDS Telecom | Georgia | Saint Marys |
| 36 | 68.47.18.231 | 11/29/12 05:15:41 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Augusta |
| 37 | 71.226.65.63 | 12/1/12 09:12:26 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Savannah |
| 38 | 24.23.83.76 | 12/2/12 01:15:24 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Hephzibah |
| 39 | 71.226.152.34 | 12/3/12 03:36:57 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Augusta |
| 40 | 71.229.37.240 | 12/3/12 02:11:47 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Hinesville |
| 41 | 68.47.6.180 | 12/5/12 02:00:38 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Evans |
| 42 | 67.187.42.84 | 12/10/12 07:16:58 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Saint Simons Island |
| 43 | 68.47.6.180 | 12/12/12 10:02:55 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Augusta |
| 44 | 99.194.122.77 | 12/14/12 09:12:14 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | CenturyTel Internet Holdings | Georgia | Hinesville |
| 45 | 24.236.104.129 | 12/17/12 08:18:00 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Knology | Georgia | Augusta |
| 46 | 99.194.47.209 | 12/27/12 10:18:10 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | CenturyTel Internet Holdings | Georgia | Fort Stewart |
| 47 | 99.194.89.26 | 12/28/12 08:44:00 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | CenturyTel Internet Holdings | Georgia | Hinesville |
| 48 | 69.1.45.246 | 12/29/12 08:18:39 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Knology | Georgia | Grovetown |
| 49 | 67.174.174.76 | 12/30/12 03:35:16 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Hinesville |
| 50 | 99.194.105.147 | 1/3/13 06:29:50 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | CenturyTel Internet Holdings | Georgia | Richmond Hill |
| 51 | 68.47.7.108 | 1/4/13 11:45:00 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Comcast Cable | Georgia | Evans |
| 52 | 99.194.228.192 | 1/13/13 07:27:43 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | CenturyTel Internet Holdings | Georgia | Hinesville |
| 53 | 24.42.128.127 | 1/17/13 04:32:50 AM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | Knology | Georgia | Augusta |
| 54 | 99.194.47.209 | 1/19/13 10:27:26 PM | Maximum Conviction | SHA1: 638080D0C71661D686B354B52663942BD69CD05( | CenturyTel Internet Holdings | Georgia | Hinesville |