# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-647-070

**Effective date of registration:**

July 12, 2012

## Title
**Title of Work:** MAXIMUM CONVICTION

## Completion/Publication
**Year of Completion:** 2012

## Author
- **Author:** Maxcon Productions Inc
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Maxcon Productions Inc
  100 Universal City Plz 5183, Universal City, CA, 91608, United States
- **Transfer Statement:** By written agreement

## Rights and Permissions
- **Name:** Bryan Sexton
- **Email:** bs@hmbmail.com          **Telephone:** 818-733-3700
- **Address:** 100 Universal City Plz 5183
  Universal City, CA 91608 United States

## Certification
- **Name:** Peter Richards
- **Date:** July 11, 2012
- **Applicant's Tracking Number:** 8728-4736-3975

Page 1 of 1

**Registration #:** PAU003647070
**Service Request #:** 1-793406561

Maxcon Productions Inc
Bryan Sexton
100 Universal City Plz 5183
Universal City, CA 91608