# California Secretary of State Debra B

Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, February 12, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | MAXCON PRODUCTIONS, INC. |
|---|---|
| Entity Number: | C3416008 |
| Date Filed: | 10/11/2011 |
| Status: | DISSOLVED |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 100 UNIVERSAL CITY PLZ 5183 |
| Entity City, State, Zip: | UNIVERSAL CITY CA 91608 |
| Agent for Service of Process: | PETER RICHARDS |
| Agent Address: | 100 UNIVERSAL CITY PLZ 5183 |
| Agent City, State, Zip: | UNIVERSAL CITY CA 91608 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2013   California Secretary of State