# UNITED  STATES  DISTRICT  COURT

# SOUTHERN  DISTRICT  OF  GEORGIA

# SAVANNAH DIVISION

VOLTAGE PICTURES, LLC, )
         )
  Plaintiff,    )
         )
v.         )
         )  Case No. CV413-038
DOES 1-54,    )
         )
  Defendants.  )

## <u>O R D E R</u>

This  case  tracks  the  claims  and  analysis  covered  in  *Voltage Pictures, LLC v. Does 1-31*, ___ F.R.D. ___, 2013 WL 2181666 at  *  7 (S.D. Ga. May 20, 2013) (permissive joinder of John Doe users of peer-to-peer  (P2P)  file  sharing  program  was  not  warranted  in  action  alleging that  they  had  used  a  P2P  program  to  join  a  "swarm"  of  hosts  to download and illegally distribute a copyrighted movie, absent allegations that each defendant participated in a common swarm at the same time as each other defendant, and actually exchanged a piece of the copyrighted material with another).   In its April 15, 2013 Order, the Court denied plaintiff's  motion  for  discovery  (doc.  6)  until  it  submitted  additional

briefing "supporting its assertion that every defendant Doe was in fact part of the same swarm and is thus appropriately named as a defendant in this case." (Doc. 6 at 3.) The court has heard no further from the plaintiff. Within fourteen days of the date of this Order is served, plaintiff shall show why its case should not be dismissed. Failure to respond will result in dismissal.

**SO ORDERED** this _26th_ day of June, 2013.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

2