UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| Voltage Pictures, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13-cv-00038-WTM-GRS |
| | ) | |
| DOES 1-54 | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**


Plaintiff hereby voluntarily dismisses the captioned action.  This dismissal is

consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i) in that no opposing party

has served an answer or motion for summary judgment.  In accordance with Rule

41(a)(1)(B), this dismissal is without prejudice.


Respectfully submitted,

Voltage Pictures, LLC


By: s/Nathan C. Belzer/____
Nathan C. Belzer
Ga. Bar. No. 049786
Belzer PC
2905 Bull Street
Savannah, GA 31405
phone: 912.236.3001
fax: 912.236.3003
email: nbelzer@belzerlaw.com
Attorney for Plaintiff

1